UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> ) <br> PHILLIP LARSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> For Exoneration from or Limitation of ) <br> Liability. ) <br> ) <br> _____ ) | Case No.: C 05-5401 WHA <br><br> [PROPOSED] ORDER NOTING DEFAULTS |

WHEREAS, a monition having been duly issued herein on December 29, 2006, against all persons, concerns, or firms claiming damages for any and all losses or damages injuries and death arising from the subject voyage of the vessel ABOUT TIME on June 29, 2005, admonishing them and each of them to appear and file their respective claims and answers, if any, with the Clerk of this Court and to serve on the attorneys for Plaintiffs a copy thereof on or before February 27, 2006; and

WHEREAS, notice of the said monition and commencement of this action having been duly published and provided to all persons known to have made any claim against the vessel or the Plaintiff arising out of the subject incident hereinabove described, as more clearly appears from the affidavit of counsel and the return of the Marshal on file herein,

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

-1-

Case No.: C 05-5401

[PROPOSED] ORDER NOTING DEFAULTS

...

and the time for filing claims and answers having expired, it is on application of Plaintiff, hereby

ORDERED that the default of all persons, concerns or firms claiming damages for any and all losses or damages of any nature whatsoever occasioned by or resulting from or in any way consequent upon the aforesaid subject incident, or by reason of any other matters arising out of events occurring during the subject incident, who have not heretofore filed their claims and answers herein, be taken, and the same hereby is noted; and it is further,

ORDERED that all persons, concerns or firms in default as aforesaid be and the same hereby are barred and precluded from filing any claims and answers in this action.

SO ORDERED this 1st day of March, 2006, at San Francisco, California.

APPROVED
Judge William H. Alsup

_____
Judge, United States District Court
Northern District of California

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

-2-   Case No.: C 05-5401

[PROPOSED] ORDER NOTING DEFAULTS