UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint of ) Case No.: C-05-5401 WHA
)
PHILLIP LARSON ) **STIPULATION AND**
) **[PROPOSED] ORDER**
Plaintiff, ) **SELECTING ADR PROCESS**
)
) **ADR CERTIFICATION**
For Exoneration From or Limitation of )
Liability )
)

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 3/9/06

Attorney for Plaintiff

Dated: 3/8/06

Attorney for Claimant, Paula Vail

Dated: _____

Attorney for Claimants, Stephen & N.

Dated: _____

Attorney for Claimants, David & J.

IT IS SO ORDERED:

Dated: March 10, 2006

UNITED STATES DISTRICT JUDGE

APPROVED
Judge William H. Alsup

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM
REV. 5/00

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>PHILLIP LARSON<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability | Case No.: C-05-5401 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☐ ENE    ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

Dated: _____    _____
                    Attorney for Plaintiff

Dated: _____    _____
                    Attorney for Claimant, Paula Vail

Dated: 3/9/06       _____
                    Attorney for Claimants, Stephen & Nancy Weller

Dated: _____    _____
                    Attorney for Claimants, David & Ann Ellison

IT IS SO ORDERED:

Dated: _____    _____
                    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION                REV. 5/00
G:\ADRALL\ADRPC3A.FRM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>PHILLIP LARSON<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability | Case No.: C-05-5401 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

---

Dated: _____

_____
Attorney for Plaintiff

Dated: _____

_____
Attorney for Claimant, Paula Vail

Dated: _____

_____
Attorney for Claimants, Stephen & Nancy Weller

Dated: **3/8/06**

*/s/ Mihi B. Ocean*
Attorney for Claimants, David & Ann Ellison

IT IS SO ORDERED:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM

REV. 5/00

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: _____  _____
Phillip Larson, Plaintiff

Dated: _____  _____
Mitchell S. Griffin, Attorney for Plaintiff

Dated: _____  _____
Paula Vail, Claimant

Dated: _____  _____
Attorney for Paula Vail

Dated: _____  _____
Stephen Weller, Claimant

Dated: _____  _____
Nancy Weller, Claimant

Dated: _____  _____
Attorney for the Wellers

Dated: _____  _____
David Ellison, Claimant

Dated: _____  _____
Ann Ellison, Claimant

Dated: _____  _____
Attorney for the Ellisons

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM

REV. 5/00

| | |
|---|---|
| 1 | SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL |
| 2 | |
| 3 | Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that |
| 4 | he or she has read either the handbook entitled "Dispute Resolution Procedures in the |
| 5 | Northern District of California," or the specified portions of the ADR Unit's Internet site |
| 6 | www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by |
| 7 | the court and private entities, and considered whether this case might benefit from any of |
| 8 | them. |
| 9 | |
| 10 | *(Note: This Certification must be signed by each party and its counsel.)* |

Dated: _____

_____
Phillip Larson, Plaintiff

Dated: _____

_____
Mitchell S. Griffin, Attorney for Plaintiff

Dated: 3/3/06

*/s/ Paula Vail/*
_____
Paula Vail, Claimant

Dated: 3/8/06

*/s/*
_____
Attorney for Paula Vail

Dated: _____

_____
Stephen Weller, Claimant

Dated: _____

_____
Nancy Weller, Claimant

Dated: _____

_____
Attorney for the Wellers

Dated: _____

_____
David Ellison, Claimant

Dated: _____

_____
Ann Ellison, Claimant

Dated: _____

_____
Attorney for the Ellisons

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM                                                            REV. 1/00

| | |
|---|---|
| 1 | **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL** |

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: _____
_____
Phillip Larson, Plaintiff

Dated: _____
_____
Mitchell S. Griffin, Attorney for Plaintiff

Dated: _____
_____
Paula Vail, Claimant

Dated: _____
_____
Attorney for Paula Vail

Dated: _____
_____
Stephen Weller, Claimant

Dated: _____
_____
Nancy Weller, Claimant

Dated: 3/9/06
_____
Attorney for the Wellers

Dated: _____
_____
David Ellison, Claimant

Dated: _____
_____
Ann Ellison, Claimant

Dated: _____
_____
Attorney for the Ellisons

| | |
|---|---|
| 1 | **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL** |

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: _____
_____
Phillip Larson, Plaintiff

Dated: _____
_____
Mitchell S. Griffin, Attorney for Plaintiff

Dated: _____
_____
Paula Vail, Claimant

Dated: _____
_____
Attorney for Paula Vail

Dated: _____
_____
Stephen Weller, Claimant

Dated: _____
_____
Nancy Weller, Claimant

Dated: _____
_____
Attorney for the Wellers

Dated: 3/8/06
_____
David Ellison, Claimant

Dated: 3-7-06
_____
Ann Ellison, Claimant

Dated: 3/8/06
_____
Attorney for the Ellisons

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM

REV. 5/00