UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>PHILLIP LARSON<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability | Case No.: C-05-5401 WHA<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS<br><br>ADR CERTIFICATION |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

Process: Private Mediation; Provider: JAMS

Dated: 3/14/06

_____
Attorney for Plaintiff

Dated: 3/14/06

_____
Attorney for Claimant, Paula Vail

Dated: _____

_____
Attorney for Claimants, Stephen & Nancy Weller

Dated: _____

_____
Attorney for Claimants, David & Ann Ellison

IT IS SO ORDERED:

Dated: March 23, 2006

_____
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William H. Alsup

AMENDED STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM                                                                                    REV. 5/00