Terry O'Reilly, Esq.   (SBN: 045712)
Stephen J. Purtill, Esq.   (SBN: 100102)
O'REILLY & DANKO
1900 O'Farrell Street, Suite 360
San Mateo, CA 94403
Tel: (650) 359-5901
Fax: (650) 358-2575

Attorneys for Claimant, PAULA VAIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of )<br>)<br>PHILLIP LARSON, )<br>)<br>)<br>Plaintiff, )<br>)<br>For Exoneration from or Limitation of )<br>Liability. )<br>_____) | Case No. C 05 5401 WHA<br><br>**ORDER RE CLAIMANT<br>LARSON'S REQUEST FOR<br>PROTECTIVE ORDER** |

The Request for Protective Order came on regularly for hearing this 8th day of May, 2006 before the Honorable William Alsup, presiding.

Plaintiff, Phillip Larson, was represented by Mitchell S. Griffin of Cox, Wootton Griffin, Hansen & Poulos, San Francisco, California and claimant, Paula Vail, was represented by Stephen J. Purtill of the law offices of O'Reilly & Danko, San Mateo, California.

1

        The court having reviewed the moving papers and heard oral argument of counsel ruled as follows:

        1.     As to interrogatory numbers 1, 2, 3, 10 and 11, the motion of plaintiff, Phillip Larson is DENIED..

        2.     As to interrogatory numbers 4, 6, 7, and 8, the motion to quash is GRANTED.

        3.     Interrogatory number 5 was not at issue, and interrogatory number 12 was withdrawn.

        4.     The issue of the subpoena of the Placer County District Attorney was not properly before the court and therefore not ruled upon.

        5.     Further deposition testimony of Phillip Larson as it relates to issues raised by interrogatories 1, 2, 3, 10 and 11 is hereby allowed. Phillip Larson may assert his 5th Amendment privilege at the time of deposition, and will be dealt with in the usual course at trial.

        **IT IS SO ORDERED.**

Dated: May 15, 2006

HONORABLE WILLIAM ALSUP

Approved as to form:

Mitchell Griffin, Esq.
Attorney for Defendant

2

Order re Claimant Larson's Request for Protective Order