```
 1  DENNIS F. MORIARTY    (BAR NO. 37612)
    ANDREW S. WERNER      (BAR NO. 135795)
 2  JOSE MONTALVO         (BAR NO. 184484)
    CESARI, WERNER AND MORIARTY
 3  360 Post Street, Fifth Floor
    San Francisco, CA 94108-4908
 4  Telephone: (415) 391-1113
    Facsimile:  (415) 391-4626
 5  4769-3-2-9
    Attorneys for Plaintiff-In-Limitation
 6  PHILLIP LARSON
 7
```

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>PHILLIP LARSON,<br><br>        Plaintiff,<br><br>vs.<br><br>For Exoneration from or Limitation of Liability | No. C 05-5401 WHA<br><br>**STIPULATION FOR DISMISSAL OF PENDING ACTION AND ORDER REMANDING ACTION TO STATE COURT** |

The parties to this action, Plaintiff PHILIP LARSON and defendant PAULA VAIL, by and through their attorneys of record, hereby AGREE and STIPULATE to the dismissal of this pending action filed by Plaintiff for Limitation of Liability pursuant to 46 U.S.C. §183(a) and for an order remanding this matter to state court, <u>Vail v. Larson</u>, San Francisco Superior Court No. CGC-05-445710, Plaintiff Larson to be responsible for the all costs for the removal of the action.

CASE NO. C 05-5401 WHA      -1-

STIPULATION FOR DISMISSAL OF PENDING ACTION

DATED: September 5, 2006        O'REILLY & DANKO

                                By: _____
                                STEPHEN J. PURTILL
                                Attorneys for Defendant and Interested Person
                                PAULA VAIL

DATED: September 5, 2006        CESARI, WERNER AND MORIARTY

                                By: _____
                                ANDREW S. WERNER
                                Attorneys for Plaintiff
                                PHILIP G. LARSON

IT IS SO ORDERED, this 11 day of September, 2006, at San Francisco, California.

_____
HON. WILLIAM H. ALSUP
Judge of the U.S. District Court
For the Northern District of California

CASE NO. C 05-5401 WHA                -2-
STIPULATION FOR DISMISSAL OF PENDING ACTION